ACCEPTED
12-14-00324-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/9/2015 8:44:19 PM
CATHY LUSK
CLERK

NO. 12-14-00324-CR

| | | |
|---|---|---|
| JOSE JULIO SANCHEZ | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| V. | § | 12th COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/9/2015 8:44:19 PM
CATHY S. LUSK
Clerk

## COUNSEL'S MOTION TO WITHDRAW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Counsel, having file Appellant's Brief finding no reversible errors, requests that he be allowed to withdraw from this appeal, pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure, and for same would show as follows:

I.

*Anders/Gainous* Brief Filed:

On or about 06-12-15, Counsel filed Appellant's Brief and reported to the appellate court the absence of reversible error.

II.

Deadlines & Settings:

To Counsel's knowledge, there are no hearings set in this matter and there have been no announcements of pending submission dates.

III.

Client's Address:

Mr. Sanchez' last known address is:

Inmate: Jose Julio Sanchez, Cherokee County Jail,

272 Underwood Street Rusk, Texas 75785

1

IV.

<u>Letter to Client</u>:

Counsel sent a copy of Appellant's Brief to Appellant and explained Appellant's rights regarding delivery of the records in the case; his right to object to Appellant's Brief prepared by Counsel; and his right to submit his own Brief to this Court.

V.

<u>Requested Relief</u>:

Counsel requests permission to withdraw from the representation of Appellant.

VI.

<u>Conference</u>:

Counsel would show that he conferred with opposing counsel and this Request is presented as UNOPPOSED by the State. Since forwarding a copy of the Appellant's Brief to Mr. Sanchez, Counsel has not been contacted by Mr. Sanchez so Counsel submitted this Motion as OPPOSED as to Mr. Sanchez.

VII.

Certificate of Compliance (TRAP, Rule 9.4 (i)(3)):

Counsel certified that this document was prepared using WORD format and the word-count in this documents is 414.

_____
STEN M. LANGSJOEN

WHEREFORE, PREMISES CONSIDERED, Counsel requests that this Motion be granted.

Respectfully submitted,

_____
STEN M. LANGSJOEN
Attorney for Appellant
P.O. Box 539
Tyler, Texas 75710
Telephone: (903) 531-0171
Telefax: (903) 531-0187
TBA # 11922800

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by certified mail, return receipt requested, and/or by "fax" transmission and/or by hand-delivery to District Attorney, Cherokee County, Texas, and was delivered by certified mail, return receipt requested, and by regular mail to Inmate Jose Sanchez, on this 10th day of July, 2015.

I further I certify that a draft of the foregoing was delivered by certified mail, return receipt requested, Inmate Jose Sanchez, on the 24th day of June, 2015.

_____
STEN M. LANGSJOEN

4